## Lena Ritter, Administratrix of Estate of William Ritter, Deceased, Appellee, v. William Nieman, Appellant.

**Gen. No. 10,174.**

opinion filed September 26, 1947; re-leased for publication October 20, 1947. Burrell, Burrell & Beckmire and Louis A. Nack, for appellant; David M. Burrell, of counsel; Thos. H. Hicks and Manus & Manus, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.